IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SCOTT T. TRAN,<br>　　　　　　Defendant. | CASE NO: **4:15CR3037**<br><br>**ORDER** |

　　　　The defendant requests reconsideration of my prior detention order.  Under 18 U.S.C. § 3142(f) the magistrate judge may only review detention if "information exists that was not known to the movant at the time of the hearing and that has a material bearing" on the amelioration of the risks of nonappearance and safety. Therefore, motions for review of detention must specify the factual basis for the motion, the materiality of the facts to the issues, and that the information was not known previously.  The defendant's motion does not include this requisite information.

　　　　Accordingly,

　　　　IT IS ORDERED that the defendant's request to review detention, is denied without prejudice to re-filing, if appropriate, in accordance with the requirements described in this order.

　　　　Dated April 30, 2015.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge