IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SCOTT T. TRAN,<br><br>　　　　　Defendant. | 4:15CR3037<br><br>**ORDER** |

IT IS ORDERED:

1)  The motion of attorney John S. Berry, Jr. to withdraw as counsel of record for Defendant, (filing no. 37), is granted.

2)  The clerk shall delete John S. Berry, Jr. from any future ECF notifications herein.

May 12, 2015.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge