IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15-CR-3037 |
| vs. | ORDER |
| SCOTT T. TRAN, | |
| Defendant. | |

This matter is before the Court on the stipulation of the plaintiff and Omaha Marine Center, Inc. (filing 113). The Court will grant the stipulation.

IT IS ORDERED:

1. The stipulation of the plaintiff and Omaha Marine Center (filing 113) is granted.

2. The plaintiff, through the United States Marshals Service as custodian, has possession of a 2013 Mastercraft Boat, VIN MBC3UFU9C313, and a boat trailer, VIN 19MSB2216D2F50032. Omaha Marine Center has valid liens on the boat and trailer. The Marshal shall sell the boat and trailer, expeditiously and in a commercially reasonable manner. The Marshal shall give notice of any proposed sale to Omaha Marine Center.

3. The Marshal shall allocate the sale proceeds first, to the costs of the sale, and second to Omaha Marine Center in satisfaction of its liens in the amount of $8,013.68. The United States shall tender payment to Omaha Marine Center by way of electronic transfer.

4. The Marshal shall hold the balance of any sale proceeds pending further order of the Court.

5. The Marshal shall file an accounting of the sale proceeds.

6. The Court will dispose of Omaha Marine Center's Third Party Petition for Claim of Interest (filing 100) upon filing of the accounting.

Dated this 27th day of June, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge