IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SCOTT T. TRAN,<br><br>                Defendant. | 4:15-CR-3037<br><br>AMENDED ORDER |

This matter is before the Court on the plaintiff's Motion to Amend Order (filing 116). The Court will grant the motion.

IT IS ORDERED:

1. The plaintiff's Motion to Amend Order (filing 116) is granted.

2. The Court's Order of June 16, 2016 (filing 112) is amended as set forth below.

3. The United States Marshals Service shall tender to the Clerk of the Court the following sums of money:

    a. $448,860.37 restrained on April 1, 2015 from Wells Fargo Bank, Account No. 8302036762.

    b. $341,217.60 restrained on April 1, 2015 from Wells Fargo Bank, Account No. 2274281779.

    c. $103,300.14 restrained on April 1, 2015 from US Bank, Account No. 250881583307.

    d. $57,887.07 restrained on April 1, 2015 from US Bank, Account No. 150872081743.

    e. $408,615.02 restrained on April 1, 2015 from First National Bank, Account No. 20137556320.

      f.    $359,556.92 restrained on April 1, 2015 from First National Bank, Account No. 61595758.

      g.    $29,148.98 restrained on April 1, 2015 from TD Ameritrade, Account No. 772-271083.

      h.    $32,853.88 restrained on April 1, 2015 from First National Bank, Account No. 20268714020.

      i.    $79,143.96 balance in the account on April 1, 2015 from First National Bank, Account No. 20219506920.

      j.    $113,160.43 balance in the account on April 9, 2015 from Account No. 20205730120.

      k.    $253.44 from TD Ameritrade Account No. 160-600003.

      l.    $3,052.77 from Pacific Life Account No. VR07062428.

      m.    $25,500.00, cash, located in Safe Deposit Box 93903 at First National Bank.

4. The Clerk of the Court shall distribute the funds pursuant to the Court's Amended Judgment in a Criminal Case (filing 97).

5. The Clerk of the Court is directed to provide a certified copy of this order to the United States Marshal.

Dated this 8th day of July, 2016.

                                        BY THE COURT:

                                        John M. Gerrard
                                        United States District Judge