IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SCOTT T. TRAN,<br><br>　　　　　Defendant. | 4:15-CR-3037<br><br>ORDER |

　　　　This matter is before the Court on the stipulation of the plaintiff and Stormberg Construction, Inc. (filing 119). The Court will grant the stipulation.

　　　　IT IS ORDERED:

　　　　1.　The stipulation of the plaintiff and Stormberg Construction (filing 119) is granted.

　　　　2.　The plaintiff, through the United States Marshals Service as custodian, has possession of West Shores Lot 109 Block 0 Irreg., Douglas County, Nebraska, locally known as 604 South 249th Circle, Waterloo, Nebraska, 68069. Stormberg Construction has a valid lien on the property. The Marshal shall sell the property, expeditiously and in a commercially reasonable manner. The Marshal shall give notice of any proposed sale to Stormberg Construction.

　　　　3.　The Marshal shall allocate the sale proceeds first, to the costs of the sale (to include a reasonable sales commission to a Nebraska realtor, if applicable), and second to Stormberg Construction in satisfaction of its lien in the amount of $21,153.00. The United States shall tender payment to Stormberg Construction by way of electronic transfer.

　　　　4.　The Marshal shall hold the balance of any sale proceeds pending further order of the Court.

5. The Marshal shall file an accounting of the sale proceeds.

6. The Court will dispose of Stormberg Construction's Petition Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1) (filing 102) upon filing of the accounting.

Dated this 12th day of July, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge

- 2 -