IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>SCOTT T. TRAN,<br><br>             Defendant. | 4:15-CR-3037<br><br>ORDER |

     This matter is before the Court on Omaha Marine Center's Third Party Petition for Claim of Interest (filing 100). In its Order of June 27, 2016, the Court approved the stipulation (filing 113) between the plaintiff and Omaha Marine Center that the 2013 Mastercraft Boat, VIN MBC3UFU9C313, and boat trailer, VIN 19MSB2216D2F50032, seized from the defendant would be sold, and that Omaha Marine Center's lien would be satisfied from the proceeds. Filing 114.

     The property has been sold and the United States Marshal has accounted for the proceeds, showing that Omaha Marine Center's lien has been satisfied pursuant to the stipulation. Filing 141. Accordingly,

     IT IS ORDERED:

1. Omaha Marine Center's Third Party Petition for Claim of Interest (filing 100) is granted.

2. The petition is deemed satisfied.

Dated this 4th day of October, 2016.

                                        BY THE COURT:

                                        John M. Gerrard
                                        United States District Judge