IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SCOTT T. TRAN,<br><br>                Defendant. | 4:15CR3037<br><br>**ORDER** |

After conferring with claimant Bryan Tran's counsel and counsel for the government,

IT IS ORDERED:

1) Claimant's motion to continue hearing, (Filing No. 147), is granted.

2) A hearing on Claimant's petition (Filing No. 108) will be held before the undersigned magistrate judge at 9:00 a.m. on December 9, 2016 in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Counsel for the parties shall be present at the conference.

3) Defendant Scott Tran shall attend this hearing and may do so telephonically. Claimant's counsel shall make arrangements for Scott Tran's participation at the hearing, including any scheduling with the penal facility where Scott Tran is being held.

4) If Scott Tran will appear telephonically, **by no later than noon on December 5, 2016**, Claimant's counsel shall contact Jeri Bierbower ((402) 437-1905 or [jeri_bierbower@ned.uscourts.gov](mailto:jeri_bierbower@ned.uscourts.gov)) to either: 1) provide the contact phone number for reaching Scott Tran at the penal institution during the hearing; or 2) receive court-provided, toll-free conferencing information which the penal institution can use to call into the hearing.

5) Scott Tran shall cooperate fully during the hearing to the extent required by law, and he is reminded that failing to attend and fully cooperate will be deemed a violation of this court's order, which may result in civil or criminal contempt proceedings, and may also impact the calculation of earned and unearned good time credit.

6) A copy of this order shall be provided to Scott Tran, with counsel who delivered or forwarded the order also filing a certificate of service stating the date, location, and manner of service.

November 1, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge