IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>SCOTT T. TRAN,<br><br>          Defendant. | 4:15-CR-3037<br><br>ORDER |

     This matter is before the Court on Stormberg Construction's Petition Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1) (filing 102). In its Order of July 12, 2016, the Court approved the stipulation (filing 121) between the plaintiff and Stormberg Construction that West Shores Lot 109 Block 0 Irreg., Douglas County, Nebraska, locally known as 604 South 249th Circle, Waterloo, Nebraska, 68069, seized from the defendant, would be sold, and that Stormberg Construction's lien would be satisfied from the proceeds. Filing 121.

     The property has been sold and the United States Marshal has accounted for the proceeds, showing that Stormberg Construction's lien has been satisfied pursuant to the stipulation. Filing 157. Accordingly,

     IT IS ORDERED:

     1.    Stormberg Construction's petition (filing 102) is granted.

     2.    The petition is deemed satisfied.

Dated this 17th day of March, 2017.

                                            BY THE COURT:

                                            John M. Gerrard
                                            United States District Judge