IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SCOTT T. TRAN,<br><br>                Defendant. | 4:15-CR-3037<br><br>ORDER |

This matter is before the Court on the plaintiff's Motion to Transfer Funds for Application to Restitution Order (filing 158). The motion will be granted.

IT IS ORDERED:

1. The plaintiff's Motion to Transfer Funds for Application to Restitution Order (filing 158) is granted.

2. The United States Marshals Service shall tender to the Clerk of the Court the net sales proceeds of $622,725.20 that it is holding following the sale of West Shores Lot 109, Block 0 Irreg., Douglas County, Nebraska, locally known as 604 South 249th Circle, Waterloo, Nebraska, 68069.

3. The United States Marshals Service shall tender to the Clerk of the Court the $35,000.00 seized from US Bank account number 151705973221.

4. Upon receiving those sums, the Clerk of the Court shall distribute them pursuant to the Court's Amended Judgment in a Criminal Case (filing 97).

5. The Clerk of the Court is directed to provide a certified copy of this order to the United States Marshal.

Dated this 17th day of March, 2017.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge