IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15-CR-3037 |
| vs. | ORDER |
| SCOTT T. TRAN, | |
| Defendant. | |

The defendant has filed a motion for compassionate release (filing 165) pursuant to 18 U.S.C. § 3582(c)(1)(A), which permits a defendant (after exhausting administrative remedies) to move for reduction of a term of imprisonment based upon "extraordinary and compelling reasons." Accordingly,

IT IS ORDERED:

1. The government shall respond to the defendant's motion on or before November 16, 2020. Absent an extension, the defendant's motion shall be deemed submitted as of November 17, 2020.

2. The Office of U.S. Probation and Pretrial Services is authorized to disclose Presentence Investigation Reports and materials obtained from the Bureau of Prisons, including medical records, to counsel for the purpose of evaluating the defendant's motion. In accordance with the

- 2 -

policy of the Federal Bureau of Prisons, no Presentence Investigation Report shall be provided to inmates.

3. The Office of U.S. Probation and Pretrial Services shall promptly conduct a compassionate release investigation, prioritizing evaluation of the defendant's release plan.

4. The Clerk of the Court shall provide a copy of this order to Supervising U.S. Probation Officer Aaron Kurtenbach.

Dated this 2nd day of November, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge